NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

YOHAN EBA McEWEN,                              )
                                               )
        Appellant,                      )
                                               )
v.                                             )         Case No. 2D17-3750
                                               )
STATE OF FLORIDA,                              )
                                               )
        Appellee.                       )
_____)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Anthony M. Candela of Candela Law Firm,
P.A., Riverview, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

       Affirmed.

VILLANTI, BLACK, and ATKINSON, JJ., Concur.